| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **OCZ Technology Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **04-3651093** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **6373 San Ignacio Avenue San Jose, California** ZIP CODE **95119** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Santa Clara County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above). | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **OCZ Technology Group, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **See Schedule 1** | Case Number: | Date Filed; |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☐  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | OCZ Technology Group, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X _____ (No. 4119)
Signature of Attorney for Debtor(s)

Michael R. Nestor
Printed Name of Attorney for Debtor(s)
Young Conaway Stargatt & Taylor, LLP
Firm Name
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600

December 2, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Rafael Torres
Printed Name of Authorized Individual

Chief Financial Officer and Corporate Secretary
Title

December 2, 2013
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

X _____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

01:14528218.1

## Schedule 1 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion will be filed contemporaneously herewith requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

1.   OCZ Technology Group, Inc.

2.   Indilinx, Inc.

3.   Sanrad, Inc.

01:14498132.4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **OCZ TECHNOLOGY GROUP, INC., et al.**[1] | Case No. 13-_____ (____) |
| Debtors. | (Joint Administration Requested) |

### EXHIBIT A TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>001-34650</u>.

2.  The following financial data is the latest available information and refers to the debtor's condition on <u>October 31, 2013</u>.

   a.  Total assets                                         <u>approximately $34.1 million</u>

   b.  Total debts (including debts listed in 2.c, below)   <u>approximately $65.5 million</u>

   c.  Debt securities held by more than 500 holders        <u>None</u>

| Issuance | Issue Amount | Maturity | Secured/Unsecured | Approximate No. of Holders |
|---|---|---|---|---|
| n/a | | | | |

                                                                                    Approximate number of holders:

   d.  Number of shares of preferred stock          <u>0</u>             _____

   e.  Number of shares of common stock        <u>68,207,166</u>        <u>70</u>

Comments, if any: _____

_____

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916).  The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

01:14498132.4

3.      Brief description of debtor's business: <u>OCZ Technology Group, Inc. is a leader in the design, manufacturing, and distribution of high performance and reliable Solid-State Drives and premium computer components.</u>

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: <u>     None     </u>

## OCZ TECHNOLOGY GROUP, INC.

### SECRETARY'S CERTIFICATE

### December 1, 2013

I, Rafael Torres, certify that I am the Corporate Secretary of OCZ Technology Group, Inc., a Delaware corporation (the "**Corporation**"), and am authorized to execute this Certificate on behalf of the Corporation.

Solely in my capacity as Corporate Secretary, I certify that:

Attached hereto as Exhibit 1 is a true copy of the resolutions adopted by the Board of Directors of the Corporation at a meeting of the Board of Directors held by telephone conference call on December 1, 2013, and that such resolutions have not been altered, amended, or rescinded and are still in full force and effect as at the date below.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of December 2013.

By: _____

Name: Rafael Torres

Title:  Corporate Secretary

## EXHIBIT 1

## RESOLUTIONS ADOPTED BY
## THE BOARD OF DIRECTORS
## OF OCZ TECHNOLOGY GROUP, INC.

WHEREAS, the Board of Directors (the "**Board**") of OCZ Technology Group, Inc., a Delaware corporation (the "**Corporation**"), has considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors.

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that a petition (the "**Petition**") be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

RESOLVED FURTHER, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation's subsidiaries, Indilinx, Inc. and Sanrad, Inc. (together, the "**Filing Subsidiaries**"), their creditors, stockholders, and other interested parties that a Petition be filed by each of the Filing Subsidiaries seeking relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court;

RESOLVED FURTHER, that Ralph Schmitt and Rafael Torres (collectively, the "**Authorized Officers**") are hereby authorized and empowered on behalf of and in the name of the Corporation to execute, verify, and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs, and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, at such time as the Authorized Officers consider it appropriate;

RESOLVED FURTHER, that the Authorized Officers, acting alone or with one or more other Authorized Officers, shall be, and each hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution of the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to take all actions necessary or appropriate for the Corporation to obtain post-petition financing according to the terms negotiated by such Authorized Officer, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Officer, the execution thereof by such Authorized Officer to be

conclusive evidence of such determination, and to consummate the transactions contemplated thereby;

RESOLVED FURTHER, that the Corporation be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Officer, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Corporation;

RESOLVED FURTHER, that the Authorized Officers be, and each hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including all Credit Documents, and to take any and all actions that the Authorized Officer deems necessary or appropriate; each in connection with the Corporation's chapter 11 case, any post-petition financing, or any cash collateral usage contemplated hereby;

RESOLVED FURTHER that the Authorized Officers be, and each hereby is, authorized and empowered for, in the name of, and on behalf of the Corporation, to enter into the Asset Purchase Agreement (the "APA") by and among the Corporation and the Filing Subsidiaries, as sellers, and Toshiba Corporation, as purchaser, and each of the ancillary documents to be entered into in connection therewith (the "**Transaction Documents**"), and to enter into the transactions and obligations contemplated by the APA and the Transaction Documents, subject to court approval in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to retain and to employ Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel, Mayer Brown LLP as special counsel, Deutsche Bank as investment banker, and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Officers; and in connection therewith, the Authorized Officers be, and each hereby is, authorized and directed on behalf of and in the name of the Corporation to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition, and cause to be filed appropriate applications for authority to retain the services of such professionals;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by the Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and

ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidence by the taking of such actions;

RESOLVED FURTHER, that any and all acts taken and any and all certificates, instruments, agreements, or other documents executed on behalf of the Corporation by the Authorized Officers of the Corporation prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements, or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted, and approved;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the directors, officers, and authorized representatives of the Corporation be, and each of them acting alone hereby is, authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions; and

RESOLVED FURTHER, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that such Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions.

*[Remainder of Page Intentionally Left Blank.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **OCZ TECHNOLOGY GROUP, INC., et al.**[1] | Case No. 13-_____  (____) |
| Debtors. | (Joint Administration Requested) |

### DEBTORS' LIST OF CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

The above-captioned debtors and debtors in possession (collectively, the

"**Debtors**") each filed a voluntary petition in the Court for relief under chapter 11 of title 11 of

the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**").  This list of creditors

holding the thirty (30) largest unsecured claims (the "**Top 30 List**") against the Debtors, on a

consolidated basis, has been prepared from the Debtors' books and records as of November 30,

2013.

The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal

Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The Top 30 List does

not include:  (1) persons who come within the definition of an "insider" set forth in 11 U.S.C.

§ 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured

deficiency places the creditor among the holders of the thirty (30) largest unsecured claims, on a

consolidated basis.

The information presented in the Top 30 List shall not constitute an admission by,

nor is it binding on, the Debtors.  The information presented herein, including, without limitation

(a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed, or subject to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916).  The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

a setoff, and (b) the listing of any claim as unsecured, does not constitute an admission by the

Debtors nor does it constitute a waiver of the Debtors' rights to contest the validity, priority,

nature, characterization, and/or amount of any claim.[2]

---

[2]    Certain claims listed herein may be subject to offset, discount, trade credit, or other deductions, which may not be included in the amount set forth herein.  Failure to include such amount in this list shall not constitute a waiver of such right.

01:14482722.2

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Amount of claim |
|---|---|---|---|---|---|
| 1 | Sirfa International Limited | RM 8084, 8F, Sino Centre 582-592 Nathan Rd., Kln Hong Kong China Attn: Eva Chen Fax: (852) 277-17211 Email: evachen@highpower-tech.com | Trade | | 3,081,061.11 |
| 2 | Avnet Electronics Marketing | 5400 Prairie Stone Parkway Hoffman Estates, IL  60192 Attn: Chona Anderson Fax: Email: chona.anderson@avnet.com | Trade | | 772,620.00 |
| 3 | China Great Wall Computer Shenzhen Co., Ltd. | Greatwall Industry Park Baoshi East Rd., Shiyan Baoan Shenzhen China 518108 Attn: Alex Zhao Fax: (086) 755-295-19373 Email: zhaobing@greatwall.com.cn | Trade | | 672,188.19 |
| 4 | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Road Palo Atlo, CA  94304 Attn: Accounts Receivable Fax: (866) 974-7329 Email: finance@wsgr.com | Services | | 656,855.17 |
| 5 | Arrow Electronics, Inc. | P.O. Box 742772 Los Angeles, CA  90074 Attn: Carol Yang Fax: Email: carol.yang@arrowasia.com | Trade | | 625,200.00 |
| 6 | LSI Corp./ Sandforce | 1320 Ridder Park Drive San Jose, CA  95131 Attn: Charles J. Novak Fax: (408) 433-8989 Email: charles.novak@lsi.com | Trade | | 532,194.00 |

---

[3]     The Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Amount of claim |
|---|---|---|---|---|---|
| 7 | Synopsys International Limited | Block 1, Blanchardstown Corporate Park Dublin 15 Ireland Attn: Eamonn Blanchfield Fax: (353) 436-8879 Email: eamonn.blanchfield@synopsys.com | Trade | | 491,666.67 |
| 8 | PMC-Sierra 1-18-12, SUNTECH @ Penang Cybercity Lintang Mayan | 1380 Bordeaux Drive Sunnyvale, CA 94089 Fax: 604-415-6212 Email: acctrec@pmcs.com | Trade | | 407,100.00 |
| 9 | Open-Silicon, Inc. | 490 N. McCarthy Blvd., Suite 220 Milpitas, CA 95035 Attn: Prathima Vishwakumar Fax: (408) 240-5701 Email: prathima.vishwakumar@open-silicon.com | Trade | | 388,375.00 |
| 10 | Mayer Brown LLP | 2027 Collection Center Dr. Chicago, IL 60693 Attn: Erica Jauch Fax: (312) 701-7711 Email: ejauch@mayerbrown.com | Services | | 326,126.52 |
| 11 | Super Flower Computer Inc. | 7F, No. 649-1, Chung Cheng Road Hain Chuang District 242 New Taipei City Taiwan Fax: (886) 2-29085400 | Trade | | 189,410.00 |
| 12 | Avnet Asia Pte Ltd., Taiwan Branch | (115) 5F, No. 3, YuanCyu St Nankang Software Park Taipei Taiwan Attn: Perry Hsieh Fax: (886) 2-26531007 Email: perry.hsieh@avnet.com | Trade | | 188,818.35 |
| 13 | Foxconn Technology Pte, Ltd. | 143 Cecil Street 07-03/4 GB Building Singapore 69542 Singapore Attn: Rober Dong Fax: (02) 226-80822 Email: robert.dong@foxconn.com | Trade | | 168,528.12 |

01:14482722.2

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Amount of claim |
|---|---|---|---|---|---|
| 14 | eHans Technology Corp. | 1F, No. 8, Jizhi St, Sanchong New Taipei City 24153 Taiwan Attn: Alex Cheng Fax: (886) 2-28573123 Email: alex.cheng@ehanstech.com | Trade | | 166,858.65 |
| 15 | Irell & Manella LLP | 1800 Avenue of the Stars, Suite 900 Los Angeles, CA 90067 Fax: (310) 203-7199 Email: aiancu@irell.com | Services | | 164,228.18 |
| 16 | Base Logistics | Daltonstraat 4, 3335 LR Zwijndrecht, Netherlands Fax: +31 (0)88 555 2288 Email: rvoet@baselogistics.com | Trade | | 156,353.82 |
| 17 | Fuh Bang Enterprise Co., Ltd. | No. 23, Lane 232, HwaShin St, Taipei Hsin ChuangoHo City Taiwan Attn: Koki Chen Fax: (886) 2-29431804 Email: koki_chen@fumaw.com.tw | Trade | | 136,089.78 |
| 18 | American Express | PO Box 360001 Fort Lauderdale, FL 33336 Fax: 1-800-695-9090 | Services | | 123,676.80 |
| 19 | Lin Horn Technology Co., Ltd. | No. 6, Chung –Shan Rd. Min Hsiung Industrial Park Chia Yi Hsien Taiwan Fax: (886) 5-2217178 | Trade | | 113,958.60 |
| 20 | Facebook, Inc. | C/O Vitesse, LLC Attn: AP PO Box 696458 San Antonio, TX 78269 Fax: Email: AP@FB.COM | Services | | 106,442.00 |
| 21 | Weikeng Industrial Co., Ltd. | 11F, 308, Sec. 1, NeiHu Rd. Taipei 114 Taiwan Attn: Edward Chiu Fax: (886-2) 2658-0959 Email: edwardchiu@weikeng.com.tw | Trade | | 100,721.25 |

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Amount of claim |
|---|---|---|---|---|---|
| 22 | UPS Supply Chain Solutions, Inc. | 1930 Bishop Lane, Suite 200 Louisville, KY 40218 Attn: Christie Hughes Fax: (502) 374-2299 Email: christiehughes@ups.com | Services | | 93,861.05 |
| 23 | Intel Corporation | 2200 Mission College Blvd. Santa Clara, CA 95052 Fax: Email: RoHS@intel.com | Trade | | 90,782.25 |
| 24 | Advanced MP Technology | 1010 Calle Sombra San Clemente, CA 92673 Fax: 949-218-1066 Email: MikeS@advancedmp.com | Trade | | 85,400.00 |
| 25 | True Partners Consulting LLC | 225 W. Wacker Drive, Suite 1600 Chicago, IL 60606 Attn: Tara K. Herrera Fax: (408) 625-5109 Email: tara.herrera@tpctax.com | Services | | 49,899.50 |
| 26 | SI 25 LLC | 10600 N. De Anza Blvd., Suite 200 Cupertino, CA 95014 Fax: 408-446-0583 Email: ftrueba@sobrato.com | Landlord | | 80,982.00 |
| 27 | TC Loan Service LLC | 4150 INTERNATIONAL PLAZA, SUITE 400 Fort Worth, TX 76109 Fax: Email: PPAYABLES@THINKFINANCE.COM | Services | | 68,611.06 |
| 28 | RR Donnelley | P.O. Box 100112 Pasadena, CA 91189 Fax: 213-620-7521 | Services | | 63,250.00 |
| 29 | Richain International Co., Ltd. | 8F-4, No. 79, Sec. 1, Hsin-TaiTh Rd. Shi-Chi Taipei Hsien Taiwan Attn: Gina Fax: (886) 02-26983858 Email:gina@richain.com.tw | Trade | | 60,068.74 |

01:14482722.2

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Amount of claim |
|---|---|---|---|---|---|
| 30 | ABD Insurance and Financial Services | PO Box 39000<br>Dept. 33457<br>San Francisco, CA 94139<br>Fax:<br>Email: hello@theABDteam.com | Services | | 57,357.25 |

01:14482722.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **OCZ TECHNOLOGY GROUP, INC., et al.**[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING DEBTORS' LIST OF CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

I, Rafael Torres, Chief Financial Officer and Corporate Secretary of each of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtors' List of Creditors Holding Thirty (30) Largest Unsecured Claims on a Consolidated Basis* submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date:  December 2, 2013

Rafael Torres
Chief Financial Officer and Corporate Secretary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916).  The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

01:14498132.4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **OCZ TECHNOLOGY GROUP, INC., et al.**[1] | Case No. 13-_____ (____) |
| Debtors. | (Joint Administration Requested) |

### LIST OF EQUITY SECURITY HOLDERS FOR OCZ TECHNOLOGY GROUP, INC. PURSUANT TO RULES 1007(A)(1), 1007 (A)(3), AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, a list of equity security holders of OCZ Technology Group, Inc. as of approximately October 31, 2013, is attached hereto as Exhibit 1.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916). The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

Exhibit 1

| Name and Address | # of Shares |
|---|---|
| ALMOND FAMILY FOUNDATION<br>PO BOX 1078<br>ROSS CA  94957 | 150,000 |
| THE BANK OF NEW YORK (NOMINEES)<br>LIMITED<br>ONE PICCADILLY GARDENS<br>MANCHESTER M1 1RN<br>UNITED KINGDOM | 1 |
| MR MICHAEL PETER BEDFORD<br>49 NOTTINGHAM ROAD<br>RIPLEY<br>DERBYSHIRE DE5 3AS<br>UNITED KINGDOM | 1,000 |
| MR ALAN EDRIC BUCKLE<br>39 THE CROFT<br>HADDENHAM<br>AYLESBURY<br>BUCKS HP17 8AS<br>UNITED KINGDOM | 16,000 |
| MAXIM CATZ<br>13 RAMBAM ST<br>APT 4<br>GIVATAIM<br>ISRAEL | 4,688 |
| MR KEITH JOHN CHAPMAN<br>62 WILSON STREET<br>LONDON EC2A 2BU<br>UNITED KINGDOM | 13,752 |
| ALLON COHEN<br>1705 ORR COURT<br>LOS ALTOS CA  94024 | 15,000 |
| CONTRA PARTNERS LP<br>711 FIFTH AVE<br>15TH FL<br>NEW YORK NY  10022 | 20,908 |
| ALMOND INVESTMENT FUND LLC<br>PO BOX 1078<br>ROSS CA  94957 | 160,000 |
| MRS KATHLEEN ROSE BARTRAM<br>LABURNUM HOUSE<br>35 HIGH STREET<br>SUTTON<br>ELY<br>CAMBS CB6 2RB<br>UNITED KINGDOM | 120<br>120 |
| GILAD BENIN<br>19 HESS ST<br>TEL AVIV<br>ISRAEL | 3,821 |

| Name and Address | # of Shares |
|---|---|
| LIOR BUTBUL<br>28 HAROEH ST<br>RAMAT GAN<br>ISRAEL | 1,875 |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STN<br>NEW YORK NY  10274 | 66,627,548 |
| MR LOCHLANN ROWLAND COGGIN<br>76 CASTLE AVENUE<br>CLONTARF<br>DUBLIN 3<br>IRELAND | 140 |
| COMPUTERSHARE HOLDER ADJUSTMENT<br>ACCOUNT<br>C/O COMPUTERSHARE INVESTOR SERVICE<br>ATTN ADJUSTMENTS DEPT<br>480 WASHINGTON BLVD 28TH FLOOR<br>JERSEY CITY NJ  07310 | 1 |
| MR STUART COPELAND<br>ROCKLEY NEW ROAD<br>CHRIST CHURCH<br>Z1<br>BARBADOS | 459 |
| MR KEITH DOWDING &<br>MRS JEAN DOWDING TEN COM<br>4 BRAMBLE CLOSE<br>WYE<br>ASHFORD<br>KENT TN25 5QA<br>UNITED KINGDOM | 2,865 |
| ADAM EPSTEIN<br>4092 SUGAR MAPLE DR<br>DANVILLE CA  94506-4641 | 33,332 |
| MR PAUL FOURIE<br>26 UXBRIDGE ROAD<br>RICKMANSWORTH WD3 7AL<br>UNITED KINGDOM | 2,137 |
| GARY GIBBS<br>301 W BUCKSKIN TRL<br>WICKENBURG AZ  85390-3242 | 3,085 |
| JASON DARREN GLEW<br>361 BRIGHTON ROAD<br>LANCING<br>SUSSEX BN15 8JS<br>UNITED KINGDOM | 9,008 |
| HARE & CO<br>C/O THE BANK OF NEW YORK<br>PO BOX 11203<br>NEW YORK NY  10286 | 1,505 |

| Name and Address | # of Shares |
|---|---|
| HSBC CLIENT HOLDINGS NOMINEE<br>(UK) LTD<br>8 CANADA SQUARE<br>LONDON E14 5HQ<br>UNITED KINGDOM | 1,562 |
| ODED ILAN<br>10 HATAYASIM ST<br>RA'ANANA 43264<br>ISRAEL | 18,750 |
| MR GERARD DUFFY<br>2 KILULTAGH WALK<br>GLENAVY<br>COUNTY ANTRIM BT29 4GW<br>UNITED KINGDOM | 426 |
| MS ANNE MARIE FLEMING<br>HIGH DYKE HOUSE<br>HIGH KYPE ROAD<br>STRATHAVEN<br>LANARKSHIRE ML10 6PP<br>UNITED KINGDOM | 1,600 |
| LIOR FRIEDMAN<br>16 JERUSALEM BLVD<br>LOD<br>ISRAEL | 3,821 |
| RON GILAD<br>12 KITZIS ST<br>TEL AVIV<br>ISRAEL | 3,821 |
| MR SHALOM HAMOU &<br>MRS DEBRA ELAINE HAMOU TEN COM<br>ALENIM<br>14/3 NATANYA 42565<br>ISRAEL | 400 |
| MR PAUL DONALD RICHARD HIGNETT<br>55 PEMBROKE AVENUE<br>ENFIELD<br>MIDDLESEX EN1 4HB<br>UNITED KINGDOM | 3,720 |
| PATRICK YU HUAI HSU<br>UNIT 6 128 COMPTON ROAD<br>UNDERWOOD<br>BRISBANE QLD 4119<br>AUSTRALIA | 1,028 |
| ISS (EUROPE) LIMITED<br>1 COMMODITY QUAY<br>EAST SMITHFIELD<br>LONDON E1W 1AZ<br>UNITED KINGDOM | 2 |

| Name and Address | # of Shares |
|---|---|
| EDWARD PETER JAMESON<br>5 RAILWAYS TERRACE<br>GILSLAND<br>BRAMPTON<br>CUMBRIA CA8 7DN<br>UNITED KINGDOM | 124 |
| MRS SUSANNA JONES<br>20 HEATHER CLOSE<br>EASTBOURNE<br>EAST SUSSEX BN23 8DF<br>UNITED KINGDOM | 168 |
| MR ARTHUR KNAPP<br>5656 COUNTRY CLUB PARKWAY<br>SAN JOSE CA  95138 | 341,117 |
| LAWSHARE NOMINEES LTD<br>SIPP<br>CALVERLEY HOUSE<br>55 CALVERLEY ROAD<br>TUNBRIDGE WELLS<br>KENT TN1 2TU<br>UNITED KINGDOM | 1,704 |
| MR NEIL DAVID MCLEOD<br>3 MAYFIELD GARDENS<br>ABERDEEN AB15 7YZ<br>UNITED KINGDOM | 800 |
| ELI BEN NAMER<br>1 HAMAFILIM ST<br>KFRA SABA<br>ISRAEL | 11,250 |
| MR DAVID OTTER<br>10 DUKE STREET<br>KINGTON HR5 3BL<br>UNITED KINGDOM | 4,294 |
| SOOGIL JEONG<br>3114 CORTE DEL CINO<br>PLEASANTON CA  94566 | 1,851 |
| YARON KLEIN<br>15 AKIVA ST<br>RA'ANANA<br>ISRAEL | 15,000 |
| DR PAUL LAVENDER<br>DEPARTMENT OF ALLERGY<br>FLOOR 5<br>THOMAS GUY HOUSE<br>GUYS HOSPITAL<br>LONDON SE1 9RT<br>UNITED KINGDOM | 3,200 |

| Name and Address | # of Shares |
|---|---|
| MR ANGUS MATHESON &<br>MRS EVELYN MATHESON TEN COM<br>11 SCOTTSDALE<br>MELROSE<br>ROXBURGHSHIRE TD6 9QE<br>UNITED KINGDOM | 40 |
| MIRAE ASSET GOOD COMPANY INVESTMENT<br>FUND # 2<br>2F 16-2 DONGBUROOT B/D SUNAE-DONG<br>BUNDANF-GU<br>463-825 SEONGNAM-SI GYEONGGI-DO<br>REPUBLIC OF KOREA (S) | 8,075 |
| TIMOTHY NOLAN<br>12701 S 82ND AVENUE<br>PALOS PARK IL  60464 | 5,143 |
| FREDERIC PETIT<br>13 RUE DE P'ARSENAL<br>75004 PARIS<br>FRANCE | 4,800 |
| RADBIT INC<br>C/O YEHUDA ZISAPEL<br>24 RAOUL WALLENBERG ST<br>BLDG C 10TH FLOOR<br>TEL AVIV 69719<br>ISRAEL | 63,318 |
| REDMAYNE NOMINEES LIMITED<br><A/C B31151P><br>MERTON HOUSE<br>84 ALBION STREET<br>LEEDS LS1 6AG<br>UNITED KINGDOM | 400 |
| MR JOHN JOSEPH RILEY<br>DEWHURST HOUSE FARM<br>BLACKBURN ROAD<br>RIBCHESTER<br>LANCASHIRE PR3 3ZQ<br>UNITED KINGDOM | 800 |
| RALPH SCHMITT &<br>SARA SCHMITT TR<br>UA 08/14/00<br>SCHMITT FAMILY TRUST<br>5884 COUNTRY CLUB PARKWAY<br>SAN JOSE CA  95138 | 372,340 |
| SHARE NOMINEES LTD<br>OXFORD HOUSE<br>OXFORD ROAD<br>AYLESBURY<br>BUCKS HP21 8SZ<br>UNITED KINGDOM | 128 |

| Name and Address | # of Shares |
|---|---|
| SOLID DATA SYSTEMS INC<br>C/O THOMAS S GRIGGS<br>3450 THIRD STREET<br>SUITE 4D<br>SAN FRANCISCO CA 94124 | 19,000 |
| MR GEORGE SOLT<br>1 YARDLEY COURT<br>OLNEY<br>BUCKINGHAMSHIRE MK46 5DX<br>UNITED KINGDOM | 12,307 |
| RATHBONE NOMINEES LIMITED<br>PORT OF LIVERPOOL BUILDING<br>PIER HEAD<br>LIVERPOOL L3 1NW<br>UNITED KINGDOM | 900 |
| RENE NOMINEES (IOM) LIMITED<br><A/C 2735><br>SECURITIES HOUSE<br>38-42 ATHOL STREET<br>DOUGLAS<br>ISLE OF MAN IM1 1QH<br>UNITED KINGDOM | 8,000 |
| MR LARRY SARGENT<br>LIME TREE HOUSE<br>KINGSTON ROAD<br>SHALBOURNE<br>MARLBOROUGH SN8 3QD<br>UNITED KINGDOM | 2,000 |
| MIKI SCHNARCH<br>14 TZA'LON ST<br>OR YEHUDA<br>ISRAEL | 15,000 |
| COOLMOD INFORMATICA SL<br>P I LA PLANA C/ HISTORICO<br>REINO DE VALENCIA 2-12550<br>ALMAZORA<br>CASTELLON<br>SPAIN | 2,057 |
| SOLID INVESTORS LLC<br>3450 THIRD ST SUITE 4D<br>SAN FRANCISCO CA 94124 | 2,000 |
| WEIYI TAO<br>ROOM 501 2ND BUILDING NO 11<br>HUAHUGOU CHAOYANG DISTRICT<br>BEIJING 100192<br>CHINA | 3,551 |
| MARK TOWNSEND<br>19 HYSSOP CLOSE<br>FAREHAM HAMPSHIRE PO15 7JS<br>UNITED KINGDOM | 4,400 |

6

| Name and Address | # of Shares |
|---|---|
| TRANSACT NOMINEES LTD<br>INTEGRA1<br>DOMAIN HOUSE<br>5 - 7 SINGER STREET<br>LONDON EC2A 4BQ<br>UNITED KINGDOM | 45,273 |
| MR ERIC VILLIERS<br>702 COURTENAY HOUSE<br>LONDON SW2 4DP<br>UNITED KINGDOM | 8,520 |
| YEHUDA ZISAPEL<br>24 RAOUL WALLENBERG ST<br>BLDG C 10TH FLOOR<br>TEL AVIV 69719<br>ISRAEL | 30,553 |
| TRANSACT NOMINEES LIMITED<br>DOMAIN HOUSE<br>5-7 SINGER STREET<br>LONDON EC2A 4BQ<br>UNITED KINGDOM | 948 |
| SHIMON TSALMON<br>10 BIKA'AT BEIT NETUFA ST<br>KFAR SABRA<br>ISRAEL | 11,250 |
| DR HELEN FRANCES WEEDS<br>8 ALTON DRIVE<br>COLCHESTER<br>ESSEX CO3 3ST<br>UNITED KINGDOM | 1,200 |
| ZOHAR ZISAPEL<br>24 RAOUL WALLENBERG ST<br>BLVD C 10TH FLOOR<br>TEL AVIV 69719<br>ISRAEL | 93,881 |

7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **OCZ TECHNOLOGY GROUP, INC., et al.**[1] | Case No. 13-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING THE LIST OF EQUITY SECURITY HOLDERS OF OCZ TECHNOLOGY GROUP, INC. PURSUANT TO RULES 1007(A)(1), 1007(A)(3), AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Rafael Torres, Chief Financial Officer and Corporate Secretary of OCZ Technology Group, Inc. declare under penalty of perjury that I have read the foregoing *List of Equity Security Holders of OCZ Technology Group, Inc. Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure* and that it is true and correct to the best of my information and belief.

Dated:  December 2, 2013

Rafael Torres
Chief Financial Officer and Corporate Secretary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916). The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

01:14498132.4