IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| OCZ TECHNOLOGY GROUP, INC., et al.,[1] | Case No. 13-13126 (PJW) |
| Debtors. | (Jointly Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of Robert A. Klyman of Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071 to represent Toshiba Corporation and Toshiba Americas Electronics Corporation in the above-captioned cases.

Dated: December 3, 2013
Wilmington, Delaware

Respectfully submitted,

/s/ John H. Knight

John H. Knight (DE 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       knight@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OCZ Technology Group, Inc. (1093); Indilinx Inc. (0763); and Sanrad Inc. (2916). The Debtors' principal offices are located at 6373 San Ignacio Avenue, San Jose, California 95119.

RLF1 9647776v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective July 23, 2009. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this Motion.

/s/ Robert A. Klyman
Robert A. Klyman
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: December ____, 2013
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

2