# EXHIBIT A

## Initial Approved Budget

(attached)

01:14551889.1

OC\1706118.15

**OCZ TECHNOLOGY GROUP, INC.**
**CASH FLOW FORECAST**
**AS OF DECEMBER 2, 2013**

| | Week: 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Week ending: | 6-Dec | 13-Dec | 20-Dec | 27-Dec | 3-Jan | 10-Jan | 17-Jan |
| Beginning Cash Balance | (240) | 607 | 767 | 830 | 534 | 453 | 699 |
| DIP Financing | 8,750 | 2,000 | 500 | 7,000 | 2,750 | 1,000 | 1,500 |
| Hercules Sweep | (42) | - | - | - | - | - | - |
| Hercules Paydown | (5,153) | - | - | - | - | - | - |
| Collections | 875 | 726 | 1,091 | 713 | 513 | 969 | 1,635 |
| Disbursements | (3,583) | (2,565) | (1,528) | (8,009) | (3,344) | (1,723) | (3,392) |
| **Ending Cash Balance** | **607** | **767** | **830** | **534** | **453** | **699** | **442** |
| **Disbursements:** | | | | | | | |
| Employee compensation & benefits | - | (825) | (18) | (1,125) | (196) | - | (1,028) |
| Intercompany transfers | - | (520) | (177) | (579) | (300) | - | (420) |
| Consultants | (121) | (69) | (64) | (163) | (89) | (96) | (69) |
| Rent & utilities | (25) | (75) | (25) | (25) | (124) | (25) | (75) |
| Key suppliers (future commitments) | (341) | - | (214) | - | - | - | - |
| 363 professional fees | (800) | - | - | - | (1,475) | (513) | (200) |
| Future material purchases (NAND) | (712) | (946) | (932) | (954) | (954) | (954) | (954) |
| Future material purchases (ROB) | (4) | (13) | (35) | (39) | (40) | (44) | (55) |
| Future AP payments and other | (64) | (117) | (64) | (584) | (64) | (91) | (505) |
| Hercules loan interest | (101) | - | - | - | (11) | - | (5) |
| DIP loan interest | - | - | - | - | (91) | - | (81) |
| Pre-petition obligations | (1,415) | - | - | (4,540) | - | - | - |
| **Total disbursements** | **(3,583)** | **(2,565)** | **(1,528)** | **(8,009)** | **(3,344)** | **(1,723)** | **(3,392)** |