**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| OCZ Technology Group, Inc., *et al.* | : | Case No. 13-13126 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **RR Donnelley,** Attn: Dav Pevonka, 4101 Winfield Rd., Warrenville, IL 60555, Phone: 630-322-6931, Fax: 630-322-6034

2. **Advanced MP Technology, Inc.,** Attn: Ronald Harris, 1010 Calle Sombra, San Clemente, CA 92672, Phone: 949-492-3113, Fax: 949-388-4020

3. **Avnet Asia Pte. Ltd.,** Attn: Dennis Losik, 151 Lorong Chuan, #06-03 New Tech Park, Singapore 556741, Phone: 847-396-7401, Fax: 847-396-7474


                                            ROBERTA A. DEANGELIS
                                            United States Trustee, Region 3


                                            /s/ David L. Buchbinder for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: December 12, 2013

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Matthew B. Lunn, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253