**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ZCO LIQUIDATING CORPORATION <br> (f/k/a OCZ Technology Group, Inc.), et al.[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 13-13126 (PJW) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 30, 2014 AT 11:00 A.M. (ET)[2]**

**CONTINUED/RESOLVED MATTERS**

1. Motion of ZCO Liquidating Corporation for Entry of an Order, Pursuant to Sections 105(a), 362, and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation of Settlement in Class Action Securities Litigation [D.I. 321, 2/20/14]

    Response/Objection Deadline:    March 6, 2014 at 4:00 p.m. (ET); Extended to March 10, 2014 at 5:00 p.m. (ET) for the Official Committee of Unsecured Creditors and Ad Hoc Committee of Debenture Creditors

    Related Pleadings:

    a) Motion of ZCO Liquidating Corporation for Leave to File Reply in Support of Entry of an Order, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation of Settlement in Class Action Securities Litigation [D.I. 371, 3/12/14]

    b) ZCO Liquidating Corporation's Supplemental Reply in Support of Motion for Entry an Order, Pursuant to Sections 105(a), 362, and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation of Settlement in Class Action Securities Litigation [D.I. 488, 5/7/14]

    Objections/Responses Received:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ZCO Liquidating Corporation (1093); Indilinx, Inc. (0763); and Sanrad, Inc. (2916). The Debtors' current mailing address is 6373 San Ignacio Avenue, San Jose, California, 95119.

[2]    At the direction of the Court, the hearing has been rescheduled from July 22, 2014 at 9:30 a.m. (ET) to July 30, 2014 at 11:00 a.m. (ET).

    c) Objection of the Official Committee of Unsecured Creditors to Motion of ZCO Liquidating Corporation for Entry of an Order Approving Stipulation of Settlement in Class Action Securities Litigation [D.I. 363, 3/10/14]

Status: This matter is adjourned to August 11, 2014 at 10:00 a.m. (ET) pursuant to the Court's ruling from the May 12, 2014 hearing.

2. Debtors' Second Motion to Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 569, 6/30/14]

Response/Objection Deadline: July 14, 2014 at 4:00 p.m. (ET)

Related Pleadings:

    a) Certification of No Objection [D.I. 592, 7/16/14]

    b) Second Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 598, 7/17/14]

Objections/Responses Received: None.

Status: An order has been entered by the Court. No hearing is required.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3. Debtors' Second Motion for an Order Extending Their Exclusive Period to File a Chapter 11 Plan Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 564, 6/27/14]

Response/Objection Deadline: July 15, 2014 at 4:00 p.m. (ET)

Related Pleadings:

    a) Certification of No Objection [D.I. 599, 7/17/14]

Objections/Responses Received: None.

Status: A certificate of no objection has been filed with the Court. No hearing is required.

**MATTER GOING FORWARD**

4. Confirmation of Debtors' Chapter 11 Plan of Liquidation [D.I. 542, 6/11/14]

Response/Objection Deadline: July 15, 2014 at 4:00 p.m. (ET)

Related Pleadings:

a) Order (A) Approving the Disclosure Statement, (B) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan, (C) Approving the Manner and Forms of Notice and Other Related Documents, (D) Deeming Holders of General Unsecured Claims to Have Rejected the Plan and Finding that the Debtors are not Required to Solicit Such Holders, and (E) Establishing the Administrative Expense Claim Bar Date [D.I. 548, 6/12/14]

b) Notice of (I) Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of Plan, (III) Deadline for Filing Objections to Confirmation of Plan, and (IV) Deadline to File Requests for Administrative Expense Claims [D.I. 552, 6/16/14]

c) Notice of Filing of Solicitation Version of Plan and Disclosure Statement [D.I. 553, 6/16/14]

d) Affidavit of Service of Solicitation Packages [D.I. 555, 6/19/14]

e) Notice of Filing of Plan Supplement Documents [D.I. 580, 7/8/14]

f) Declaration of Craig E. Johnson of GCG, Inc. Certifying the Methodology for the Tabulation of Votes on and Results of Voting with Respect to the Debtors' Chapter 11 Plan of Liquidation [D.I. 597, 7/17/14]

g) Declaration of Michael J. Rizzo in Support of Confirmation of the Debtors' Chapter 11 Plan of Liquidation [D.I. 603, 7/18/14]

h) Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Chapter 11 Plan of Liquidation [D.I. 604, 7/18/14]

Objections/Responses Received:        None.

01:15780643.1

Status:     This matter is going forward.

Dated: July 18, 2014        YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Ryan M. Bartley*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:15780643.1