IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ZCO LIQUIDATING CORPORATION | ) Case No. 13-13126 (PJW) |
| (f/k/a OCZ Technology Group, Inc.), et al.,[1] | ) (Jointly Administered) |
| Debtors. | ) Re: Docket Nos.: 709, 728 & 731, 742 |

### ORDER GRANTING MOTION OF THE LIQUIDATION TRUSTEE OF THE ZCO TRUST FOR AN ORDER (I) ENFORCING THE AUTOMATIC STAY AND PLAN INJUNCTION; (II) AWARDING DAMAGES, COSTS AND ATTORNEY'S FEES PURSUANT TO SECTION 362(k) OF THE BANKRUPTCY CODE; AND (III) GRANTING RELATED RELIEF

This matter having come before the Court upon the motion (the "Motion") of Liquidation Trustee[2] of the ZCO Trust (the "Trust") seeking entry of an order (i) requiring the Lead Plaintiffs to discontinue, as violative of the automatic stay and the Plan Injunction, their prosecution of a class action litigation in California District Court, (ii) awarding the Trust damages against the Lead Plaintiffs, and (iii) grating related relief; and upon (a) the *Declaration of Jason R. Adams in Support of Motion of the Liquidation Trustee of the ZCO Trust for an Order (I) Enforcing the Automatic Stay and Plan Injunction; (II) Awarding Damages, Costs and Attorney's Fees Pursuant to Section 362(k) of the Bankruptcy Code; and (III) Granting Related Relief*; and (b) the *Declaration of the Liquidation Trustee of the ZCO Trust in Support of His Motion for an Order (I) Enforcing the Automatic Stay and Plan Injunction; (II) Awarding*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ZCO Liquidating Corporation (1093); Indilinx Inc. (0763); and Sanrad Inc. (2916).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Damages, Costs and Attorney's Fees Pursuant to Section 362(k) of the Bankruptcy Code; and (III) Granting Related Relief,* each in support thereof; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion, the *Objections of the Lead Plaintiffs to Motion of the Liquidation Trustee of the ZCO Trust for an Order (I) Enforcing the Automatic Stay and Plan Injunction; (II) Awarding Damages, Costs and Attorney's Fees Pursuant to Section 362(k) of the Bankruptcy Code; and (III) Granting Related Relief* (the "Objection"), and the reply of the Liquidation Trustee in further support of the Motion; and a hearing on the Motion having been held on November 6, 2014; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is

    IT IS HEREBY ORDERED THAT:

1.    The Objection is overruled, and the Motion is granted as set forth herein.

2.    The securities class action pending in the United States District Court for the Northern District of California (the "District Court") and styled as *In re OCZ Technology Group, Inc. Securities Litigation*, No. 3:12-cv-05265-RS (the "Securities Class Action") is hereby stayed in its entirety for 120 days, without prejudice to the Liquidation Trustee's right to seek further extensions of the stay of the Securities Class Action for cause.

3. The Liquidation Trustee shall file a notice of bankruptcy stay attaching this Order on the District Court's docket in the Securities Class Action.

4. Notice of the Motion as provided therein is good and sufficient notice of the Motion, and no further or alternative notice of the Motion need be given.

5. The Liquidation Trustee is authorized and empowered to take any and all actions necessary to implement the terms of this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       Nov. 10, 2014

_____
Peter J. Walsh
United States Bankruptcy Judge